**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE:  FIRST JUDICIAL DISTRICT OF     :  No. 21 EM 2020
PENNSYLVANIA                                :
                                                      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of August, 2021, the Request "to Authorize the Continuation of the Philadelphia Municipal Court Landlord-Tenant Diversion Program" is GRANTED, IN PART.  The President Judge of the Municipal Court is granted the requested authority through October 31, 2021.